# Court of Appeals
# of the State of Georgia

ATLANTA,___June 03, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1904.  CATHERINE GIBSON MCCAULEY, et al. v. MILLER BUILT HOMES, INC.**

On April 3, 2013, this Court granted Catherine Gibson McCauley's application for discretionary appeal. The order notified McCauley that she would have 10 days from the date of the order to file her notice of appeal. See OCGA § 5-6-35 (g). Nineteen days later, on April 22, 2013, McCauley filed her notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988). Because McCauley failed to file her notice of appeal within 10 days of our order granting her application, her notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See *Barnes v. Justis*, 223 Ga. App. 671 (478 SE2d 402) (1996); OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/03/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*